**Order entered June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00731-CV

### IN RE CHRIS WANKEN, Appellant

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-00937-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator pay the costs of this original proceeding. We also **DENY** relator's June 11, 2013 emergency motion for relief and stay of issuance of any orders in the 416th District Court of Collin County.

/s/     MOLLY FRANCIS
        JUSTICE